# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ashley Emily ORTEGA Espinoza,<br><br>Defendant. | Case No.:   25-mj-01314-VET<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 20, 2025, within the Southern District of California, Ashley Emily ORTEGA Espinoza did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Eric Velazquez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st day of March 2025.

_____
Hon. Steve B. Chu
United States Magistrate Judge

SDSI
7621

## STATEMENT OF FACTS

On March 20, 2025, at approximately 7:10 PM, Ashley Emily ORTEGA Espinoza, ("ORTEGA"), a Mexican citizen and lawful permanent resident of the United States, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #14. ORTEGA was the driver, sole occupant, and registered owner of a 2012 Chevrolet Equinox ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear quarter panels of the vehicle.

A Customs and Border Protection Officer (CBPO) inspected the spare tire storage area and observed black fabric tucked into the quarter panel. The fabric was a package that felt "crunchy." The CBPO pried open the plastic covering the quarter panel and discovered white cellophane packages. The CBPO received two negative Customs declarations from ORTEGA. ORTEGA stated she was crossing the border to go to her home in National City, California. The CBPO asked ORTEGA if anyone had asked her to bring anything into the United States or into Mexico and ORTEGA said no to both questions. The CBPO asked ORTEGA if she had possession of the vehicle for the last three days and ORTEGA said yes.

1

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear quarter panels of the vehicle.

Further inspection of the vehicle resulted in the discovery of 78 packages concealed in the rear quarter panels of the vehicle, with a total approximate weight of 34.90 kgs (76.94 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

ORTEGA was placed under arrest at approximately 11:03 P.M.

During a post-Miranda interview, ORTEGA denied knowledge that the narcotics were in the vehicle. ORTEGA stated that she planned on smuggling narcotics in April. ORTEGA stated she went to Tijuana, Mexico earlier today and the smuggling coordinator took possession of ORTEGA's vehicle. ORTEGA stated he returned it to her, and it was supposed to have a GPS installed for future narcotic smuggling attempts. ORTEGA stated she was going home after crossing the San Ysidro Port of Entry.

ORTEGA was arrested and charged with a violation of Title 21, United States Code, Sections 952 and 960, importation of a controlled substance.