UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>ASHLEY EMILY ORTEGA ESPINOZA,<br><br>                   Defendant. | Case No. **25-cr-01216-WQH**<br>25mj1314<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about March 20, 2025, within the Southern District of California, defendant, ASHLEY EMILY ORTEGA ESPINOZA, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 4/16/2025.

ADAM GORDON
Acting United States Attorney

BRANDON KIMURA
Assistant U.S. Attorney

SLE:kst:San Diego
12/04/20