## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Ashley Emily Ortega Espinoza (1)<br><br>Defendant. | Case No. 25cr1216-WQH<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_   Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_   the Court has dismissed the case for unnecessary delay; or

X    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or a jury has been waived, and the Court has found the defendant not guilty; or

\_\_   the jury has returned its verdict, finding the defendant not guilty;

X    of the offense(s) as charged in the Information:

21:952, 960 – Importation of Methamphetamine (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 9/19/2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Judge